IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN L. MARCOUX, JR. and LAURA D. BUMBAUGH-MILLER as Co-Executors of the Estate of JOHN L. MARCOUX and in their Own Right, | : : : : : : | CIVIL ACTION NO. 1:18-CV-1905 (Chief Judge Conner) |
| Plaintiffs | : : | |
| v. | : : | |
| THE MANITOWOC COMPANY, INC., MANITOWOC CRANES, LLC, and MANITOWOC CRANE COMPANIES, LLC, | : : : : : | |
| Defendants | : | |

_____

| | | |
|---|---|---|
| TRACY K. ROBISON, as Executrix of the Estate of CHRISTOPHER T. ROBISON and in her Own Right, | : : : : | CIVIL ACTION NO. 1:18-CV-1903 (Chief Judge Conner) |
| Plaintiffs | : : | |
| v. | : : | |
| THE MANITOWOC COMPANY, INC., MANITOWOC CRANES, LLC, and MANITOWOC CRANE COMPANIES, LLC, | : : : : : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 29th day of August, 2019, upon consideration of plaintiffs' motion (Doc. 34) to enforce confidentiality agreement, and following the telephonic conference held on July 9, 2019, it is hereby ORDERED that plaintiffs' motion is

DENIED and defendants' version of the proposed "stipulation and order for the production and exchange of confidential information" (Doc. 34-2) is APPROVED.

    /S/ C<span style="font-variant:small-caps">HRISTOPHER</span> C. C<span style="font-variant:small-caps">ONNER</span>
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania